UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HERMINIO BARRAGAN MENDOZA, et al.,<br><br>    Defendants. | CASE NO. CR08-5125BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS |

    This matter comes before the Court on Defendants Amador Heredia Mendoza, Ulises Barragan Mendoza's and Veronica Pardo Martinez's Motions for Extension of Time to File Pretrial Motions (Dkt. 142, Dkt. 143, Dkt. 145). The Court has considered the Defendants' motions and the Government having no objection, the Court therefore **ORDERS** that the pretrial motions deadline is hereby extended **for all Defendants** to May 14, 2008.

    DATED this 24 day of April, 2008.

                                             BENJAMIN H. SETTLE
                                             United States District Judge