UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

HERMINIO BARRAGAN MENDOZA; FERNANDO BARRAGAN ZEPEDA; JOSE BARRAGAN ZEPEDA; ALEJANDRO CALDERON FRANCO; VERONICA PARDO MARTINEZ; LUIS ALVAREZ PONCE; EPIFANIO BARRAGAN ESTRADA; AMADOR HEREDIA MENDOZA; ROBERT BLANCHARD; ADRIAN PEREZ GARCIA; SALVADOR PARDO MARTINEZ; ULISES BARRAGAN MENDOZA; ROBERTO BARRAGAN MENDOZA; TAMMY JEROME; DENNIS STENGEL; FRANCISCO MANUEL RUIZ CHAVEZ; OMAR CARDOZO; MARTIN CHACON MARTINEZ; SAMANTHA MASON,

        Defendants.

CASE NO. CR08-5125BHS

ORDER GRANTING MOTION TO FILE LATE

    This matter comes before the Court on Defendant Veronica Pardo Martinez's Motion to File Late (Dkt. 210). Based upon the motion and for good cause, the deadline

ORDER - 1

for all parties to file any joinders, supplemental briefing, speedy trial waivers, and pretrial motions is hereby extended to May 19, 2008.

DATED this 15th day of May, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2