|   |   |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR08-5125BHS |
| v. | ORDER EXTENDING NOTICE OF REQUEST FOR SETTLEMENT CONFERENCE DEADLINE |
| HERMINIO BARRAGAN MENDOZA; FERNANDO BARRAGAN ZEPEDA; JOSE BARRAGAN ZEPEDA; ALEJANDRO CALDERON FRANCO; VERONICA PARDO MARTINEZ; LUIS ALVAREZ PONCE; EPIFANIO BARRAGAN ESTRADA; AMADOR HEREDIA MENDOZA; ROBERT BLANCHARD; ADRIAN PEREZ GARCIA; SALVADOR PARDO MARTINEZ; ULISES BARRAGAN MENDOZA; ROBERTO BARRAGAN MENDOZA; TAMMY JEROME; DENNIS STENGEL; FRANCISCO MANUEL RUIZ CHAVEZ; OMAR CARDOZO; MARTIN CHACON MARTINEZ; SAMANTHA MASON, | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

This matter comes before the Court on the Government's and Defendant Ulises Barragan Mendoza's Stipulation to Continue Settlement Conference Deadline. Dkt. 288. The Government and Defendant Ulises Barragan Mendoza request that the deadline for a settlement conference be extended from September 8, 2008, to September 22, 2008. The

ORDER - 1

Court presumes that this stipulation refers to the deadline for notifying the Court of requests for settlement conferences, and hereby grants the stipulation.

Defendants Jose Barragan Zepeda and Veronica Pardo Martinez each filed notices of requests for settlement conferences and do not object to an extension of the settlement conference request deadline. Dkts. 290 and 292. Defendant Roberto Barragan Mendoza filed a notice of request for a settlement conference, and has requested an extension of the settlement request deadline. Dkt. 294.

On May 21, 2008, the Court issued a scheduling order which required the parties to notify the Court of requests for a Court-appointed settlement judge or mediator no later than September 8, 2008. Dkt. 230. The Court finds good cause to extend this deadline. The Court hereby grants the Government's and Defendant Ulises Barragan Mendoza's stipulation, and extends the settlement request deadline to September 22, 2008.

The parties are also reminded to file all joinders as motions and file all stipulations as stipulated motions. *See* Dkt. 230 at 5.

Therefore, it is hereby **ORDERED** that the Stipulation to Continue Settlement Conference Deadline (Dkt. 288) is **GRANTED**, and the settlement request deadline is extended to September 22, 2008.

DATED this 12th day of September, 2008.

BENJAMIN H. SETTLE

United States District Judge