|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | WESTERN DISTRICT OF WASHINGTON AT TACOMA | |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HERMINIO BARRAGAN MENDOZA; FERNANDO BARRAGAN ZEPEDA; JOSE BARRAGAN ZEPEDA; ALEJANDRO CALDERON FRANCO; VERONICA PARDO MARTINEZ; LUIS ALVAREZ PONCE; EPIFANIO BARRAGAN ESTRADA; AMADOR HEREDIA MENDOZA; ROBERT BLANCHARD; ADRIAN PEREZ GARCIA; SALVADOR PARDO MARTINEZ; ULISES BARRAGAN MENDOZA; ROBERTO BARRAGAN MENDOZA; TAMMY JEROME; DENNIS STENGEL; FRANCISCO MANUEL RUIZ CHAVEZ; OMAR CARDOZO; MARTIN CHACON MARTINEZ; SAMANTHA MASON

    Defendants.

CASE NO. CR08-5125BHS

ORDER

This matter comes before the Court on Plaintiff's and Defendant Alejandro Caldron Franco's Stipulated Motion to Extend Pretrial Motion Cut Off Dates (Dkt. 304). The Court has considered the pleadings filed in support of the motion and the remainder of the file herein.

ORDER - 1

1     Plaintiff and Defendant have stipulated to extend the pretrial motion cut-off date from September 8, 2008 to September 22, 2008. Dkt. 304. All Defendants should be allowed this extension.

    Plaintiff and Defendant have also stipulated to set the response date as October 17, 2008 and the reply date as October 30, 2008. Dkt. 304. These dates do not comply with Local Criminal Rule 12(c). If a party files a motion on or before the new deadline, then the motion shall be noted for October 3, 2008.

    Therefore, it is hereby

    **ORDERED** that Plaintiff's and Defendant Alejandro Caldron Franco's Stipulated Motion to Extend Pretrial Motion Cut Off Dates (Dkt. 304) is **GRANTED** as to the extension of the pretrial motion deadline and as to all parties. The remainder of the stipulation is **DENIED**.

    DATED this 18th day of September, 2008.

BENJAMIN H. SETTLE

United States District Judge