UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| THE UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR08-5125BHS |
| | ) | |
| v. | ) | |
| | ) | ORDER CONTINUING |
| HERMINIO BARRAGAN MENDOZA, et al., | ) | DUE DATE OF THE |
| | ) | GOVERNMENT'S RESPONSES |
| | ) | TO PRE-TRIAL MOTIONS |
| Defendants. | ) | |
| | ) | |

THIS MATTER comes before the Court on the unopposed motion by the United States of America to continue the due date of its responses to numerous pre-trial motions filed by the defendants since September 3, 2008. Having considered the entirety of the record and files herein, the basis for the request for continuance submitted by the government, the Court grants the request.

Order Continuing Government's Responses to Pre-Trial Motions/
United States v. Herminio Barragan Mendoza, et al.,
CR08-5125BHS - Page 1

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970

IT IS NOW, THEREFORE, ORDERED that the government shall file its responses to defendants's pre-trial motions by or on September 24, 2008.

Dated this 24th day of September, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
(206) 553-2268, Fax: (206) 553-4440
E-mail: Ye-Ting.Woo@usdoj.gov
Washington State Bar #21208

Order Continuing Government's Responses to Pre-Trial Motions/
United States v. Herminio Barragan Mendoza, et al.,
CR08-5125BHS - Page 2

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206-553-7970