Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| The UNITED STATES of AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR08-5125BHS |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| HERMINIO BARRAGAN MENDOZA, ) | |
| JOSE BARRAGAN ZEPEDA, ) | |
| AMADOR HEREDIA MENDOZA, ) | |
| ROBERT BLANCHARD, ) | |
| ADRIAN PEREZ GARCIA, ) | |
| DENNIS STENGEL, ) | |
| ) | |
| Defendants. ) | |

Having read the *GOVERNMENT'S MOTION TO UNSEAL FOR LIMITED PURPOSES* in the above-captioned case, it is hereby ORDERED that the *GOVERNMENT'S MOTION AND ORDER TO UNSEAL FOR LIMITED PURPOSE* in this matter shall remain sealed.

DATED this 17th day of November, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Seal
*United States v. Mendoza*, et al / CR08-5125BHS – 1

UNITED STATES ATTORNEY
1201 PACIFIC STREET, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800